UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2:11-CR-00082-PMP-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| LARON MOORE, | |
| Defendant. | |

On May 17, 2011, the Court received the attached letter from Defendant Laron Moore. The letter is self-explanatory, and good cause appearing,

**IT IS ORDERED** that the Clerk of Court shall send a copy of Defendant's letter to all interested parties.

DATED: May 18, 2011.

PHILIP M. PRO
United States District Judge

TO:
The Honorable Judge Pro

My Name is Laron Moore Currently I'm Awaiting to be Sentenced on 8-22-11 in your courtroom. The problem that Arises is with my Attorney Michael Panduallo and Plea Agreement. I've call him numerous of times concerning major oversights with my Plea Agreement, your honor to only have my calls rejected by his office over and over again. The problem stem from the decision made by the United States Sentencing Commission on Oct 15, 2010; Concerning the Sentencing Guideline Provision for crack offenses; so that they incorporate immediately the same 18:1 quanity·ratio that is Reflected in the New mandatory minimum quantity thresholds set Foeth in the Fair Sentencing Act. Your honor After doing faether research into this fair Sentencing Act. I've told my Attorney Mr. Paduallo serveral time before me signing my Plea Agreement that I fall up under the New mandatory minimum that carries a 60 months minimum, but he refused to listen Me an had me sign an Plea Agreement For 120 month. Your honor the United States Sentencing commission and Congress said that the New crack Sentencing Provision in the Fair Sentencing Act be Applied to pending case. As well to cases that have not yet involved even an initial sentencing. Your honor all Mr. Panduallo had to do was simply logging on to http://www.ussc.gov/Press/Rel2010 1015.pdf. an he would see the Information am talking about. Your Honor i would be really greatful if you can assist me in this matter; by having my Attorney Mr. Panduallo assist me properly in my case before my Sentencing on 8-22-11. Thank you for your Time

P.S. I have Paper to Prove what I'm talking About If you like a copy.

RECEIVED
CHAMBERS OF
MAY 1-7 2011
PHILIP M. PRO
U.S. DISTRICT JUDGE

God Bless

Laron Moore