**FILED**

FEB 06 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
V.                              )
                                ) 2:11-CR-082-PMP (GWF)
LARON MOORE,                    )
                                )
            Defendant.          )
                                )

### ORDER OF FORFEITURE

This Court found on February 6, 2012, that LARON MOORE shall pay a criminal forfeiture money judgment of $3,550.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1), (2), and (4)(A) and (B); Title 21, United States Code, Section 841(a)(1); and Title 21, United States Code, Section 853(p). Docket #17, #19, #20.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LARON MOORE a criminal forfeiture money judgment in the amount of $3,550.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 841(a)(1); and Title 21, United States Code, Section 853(p).

DATED this 6 day of Feb, 2012.

_____
UNITED STATES DISTRICT JUDGE