**FILED**

FEB 15 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LARON MOORE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**O R D E R**

2:11-CR-82-PMP-GWF

    **IT IS ORDERED** the attached letter from Defendant Laron Moore shall be filed in the

Court file and electronically distributed to defense counsel, Michael Ryan Pandullo, for review

and the filing of any appropriate motions on behalf of Mr. Moore.

    DATED: February 15, 2012.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

To: The Honorable Judge Pro

From: LaRon Moore # 27544048
Nevada Southern Detention Center
2190 East Mesquite Avenue
Pahrump, NV 89060-3427

Re: United States v. LaRon Moore
Case No: 2:11-cr-082-PMP-GWF

February 13, 2012

Dear Judge Pro,

I am writing you because I have not been able to get in contact with my attorney, Michael R. Pan Dullo, since I was sentenced in your courtroom on February 6, 2012.

Before entering your courtroom my attorney told me that he would ask you to recommend that I be permitted to participate in a residential drug treatment program while I'm incarcerated. However, he failed to ask you that when I was being sentenced.

Now, I am asking if you would please amend my sentencing by adding that I participate in an R.D.A.P. program?

I thank you in advance for your time and considerating in this matter.

Sincerely,
LaRon Moore

LaRon Moore #27544048
140 East Mesquite Ave.
Pahrump, NV 89060-3427
Nevada Southern Detention Centre

This correspondence
originated from a
detention facility.
The facility is not
responsible for the
contents herein.

231017085

The Honorable Philip M. Pro
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Legal Mail

INDIGENT