1  MICHAEL R. PANDULLO
   Nevada Bar No. 10707
2  700 South Third Street
   Las Vegas, Nevada 89104
3  Telephone:  (702) 580-4936
   Facsimile:  (702) 474-1320
4  Michael.Pandullo@gmail.com
   *Attorney for Defendant*
5

6  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
7

8  UNITED STATES OF AMERICA,                 Case No. 2:11-cr-082-PMP-GWF

9             Plaintiff,
                                             **DEFENDANT'S MOTION FOR**
10  vs.                                      **JUDICIAL RECOMMENDATION**
                                             **FOR RESIDENTIAL DRUG**
11  LARON MOORE,                             **ABUSE PROGRAM**

12            Defendant.

13

14        **COMES NOW** the Defendant, Laron Moore, by and through his attorney, Michael R.

15  Pandullo, Esq., and respectfully files the following Motion.

16        DATED this 16st day of February, 2012.

17

18                                           /s/ MICHAEL R. PANDULLO

19                                           _____
                                             Michael R. Pandullo, Esq.
20                                           Attorney for Defendant
                                             Michael.Pandullo@gmail.com

21

22

23

24

1

## I. INTRODUCTION AND ARGUMENT

On February 6, 2012, Defendant Laron Moore was sentenced in the above-captioned case. Defense Counsel requested in his Sentencing Memorandum that Laron Moore be given a judicial recommendation for admission to Residential Drug Abuse Program ("RDAP"). However, this issue was not specifically addressed at sentencing. Accordingly, based upon the Pre-Sentence Investigation Report ("PSR"), which indicated that Mr. Moore has struggled with substance abuse, Mr. Moore requests that his sentence be amended to include a judicial recommendation for admission to RDAP.

DATED this 16th day of February, 2012.

/s/ MICHAEL R. PANDULLO

Michael R. Pandullo, Esq.
Attorney for Defendant
Michael.Pandullo@gmail.com

**IT IS SO ORDERED**

DATED: March 16, 2012

UNITED STATES DISTRICT JUDGE