UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARON MOORE,<br><br>Defendant. | Case No. 2:11-cr-82-APG-GWF<br><br>**ORDER DENYING SENTENCE REDUCTION**<br><br>(Dkt. ##91, 95) |

Defendant Laron Moore seeks a reduction of his sentence pursuant to 18 U.S.C. §3582(c)(2). (Dkt. #91.) Mr. Moore was sentenced to 188 months of incarceration; that sentence was later reduced to 164 months to reflect credit for time served for another conviction. (Dkt. ##44, 58, 59, 60.) Subsequently, the United States Sentencing Commission adopted a two-level reduction in the Sentencing Guidelines' drug offense levels. Mr. Moore now seeks a reduction of his sentence consistent with that Guideline reduction.

Mr. Moore was sentenced as a Career Offender under USSG 4B1.1. Therefore, he is ineligible for a sentence reduction. *United States v. Wesson*, 583 F.3d 728 (9th Cir. 2009). Accordingly, Mr. Moore's motion must be denied.

IT IS THEREFORE ORDERED that Mr. Moore's motion for a reduction of his sentence **(Dkt. #91) is DENIED**.

IT IS FURTHER ORDERED that the motion to withdraw as counsel filed by Nisha Brooks-Whittington **(Dkt. #95) is hereby GRANTED.**

DATED this 29th day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE